/ SK    /068

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

IN RE:  Roshaunda Lajoi Bryant          CASE NO:  4:22-bk-11361 T

Chapter 13

## ORDER OF DISMISSAL FOR FAILURE
## TO COMPLY WITH ORDER OF DEFICIENCY

Before the court is the Motion to Dismiss Case For Failure To Cure Deficiencies, Docket Entry [15], filed by the trustee on 07/12/2022 as a result of the debtor's failure to file required schedules, statements and/or lists.

For cause shown, the court finds that the debtor has failed to comply with the court order entered 05/25/2022, Docket Entry [4].  Therefore, pursuant to Rule of Bankruptcy Procedure 1007,

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED.

_____
Richard D. Taylor
U.S. Bankruptcy Judge

Dated: July 13, 2022

cc:
Trustee
Debtor(s)
U.S. Trustee
All parties per matrix

EOD: July 13, 2022